**Order entered December 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00227-CR

### ALEXANDER MATTHEW GOOD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-00588-H**

## ORDER

Appellant has filed a motion asking us reconsider setting the above case for oral argument. The case had been set for submission without oral argument. Appellant's motion is **GRANTED**. The case will be reset in due course of the Court's docket.

/s/     LANA MYERS
         JUSTICE